THE STATE, Appellant, v. BULL YORK SMITH.

**Division Two, November 23, 1909.**

For the reason stated in State v. Craig, *ante*, p. 201, this appeal by the State is dismissed.

Appeal from Jasper Circuit Court.—*Hon. Henry L. Bright,* Judge.

APPEAL DISMISSED.

*Elliott W. Major,* Attorney-General, *James T. Blair* and *Charles G. Revelle,* Assistant Attorneys-General, for the State.

FOX, J.—The record in this cause is substantially the same as that in State v. Craig, *ante,* p. 201, decided at the present sitting of this court; at least, it presents the same legal proposition. We deem it unnecessary to repeat what was said in the Craig case as to the right of the State to prosecute an appeal, but it is sufficient to say that, adopting the conclusions as reached by this court in that case, it follows that the appeal in the case at bar should be dismissed, and it is so ordered. All concur.